# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LYNN L. HUEY                                           Case Number: 04-71843
3119 ARCADIA TERRACE                SSN-xxx-xx-3439
ROCKFORD, IL  61101

Case filed on: 4/6/2004
Plan Confirmed on: 8/27/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $23,305.44          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LYNN L. HUEY | 0.00 | 0.00 | 714.75 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 714.75 | 0.00 |
| 001 | AMCORE BANK NA | 15,125.00 | 15,125.00 | 15,125.00 | 3,380.19 |
| 002 | MORTGAGE ELECTRONIC REG. SYS | 6,819.18 | 1,021.15 | 1,021.15 | 0.00 |
| 002 | MORTGAGE ELECTRONIC REG. SYS | 550.00 | 190.91 | 190.91 | 0.00 |
|  | Total Secured | 22,494.18 | 16,337.06 | 16,337.06 | 3,380.19 |
| 001 | AMCORE BANK NA | 12,743.58 | 0.00 | 0.00 | 0.00 |
| 003 | AMCORE BANK NA | 1,507.51 | 0.00 | 0.00 | 0.00 |
| 004 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FIRST EXPRESS | 471.18 | 0.00 | 0.00 | 0.00 |
| 006 | CHASE BANK USA NA | 276.86 | 0.00 | 0.00 | 0.00 |
| 007 | GULF STATE CREDIT LLC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 670.67 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 628.73 | 0.00 | 0.00 | 0.00 |
| 013 | QVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCK RIVER WATER RECLAMATION | 264.70 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SHERMAN ACQUISITION DBA | 823.08 | 0.00 | 0.00 | 0.00 |
| 017 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | THE CASH STORE | 1,334.64 | 0.00 | 0.00 | 0.00 |
| 019 | VERIZON WIRELESS | 226.72 | 0.00 | 0.00 | 0.00 |
| 020 | WELLS FARGO FINANCIAL | 831.24 | 0.00 | 0.00 | 0.00 |
| 021 | WELLS FARGO FINANCIAL | 1,898.53 | 0.00 | 0.00 | 0.00 |
| 022 | CAPITAL ONE | 1,454.93 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,132.37 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 46,990.55 | 17,701.06 | 18,415.81 | 3,380.19 |

Total Paid Claimant:     $21,796.00
Trustee Allowance:        $1,509.44           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00           discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  07/30/2008            By  /s/Heather M. Fagan